UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JAMES E. McCLAIN            )
    Plaintiff,              )
                            )
v.                          )        No.  **3  07   1099**
                            )        JUDGE HAYNES
STATE OF TENNESSEE, et al.  )
    Defendants.             )


ORDER


The Court has before it a *pro se* prisoner complaint under 42
U.S.C. § 1983 and an application to proceed *in forma pauperis.*

It appears from the application that the Plaintiff lacks
sufficient financial resources to pay the $350.00 filing fee.
Accordingly, pursuant to 28 U.S.C. § 1915(b)(4), the Clerk will
file the complaint *in forma pauperis.* 28 U.S.C. § 1915(a).

Plaintiff is herewith assessed the civil filing fee of
$350.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the
custodian of the Plaintiff's inmate trust account at the
institution where he now resides is directed to submit to the Clerk
of Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to
the Plaintiff's inmate trust account; **or**

(b) twenty percent (20%) of the average monthly balance in the
Plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of

the Plaintiff's preceding monthly income (or income credited to the Plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee of three hundred fifty dollars ($350.00) as authorized under 28 U.S.C. § 1914(a) has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby **DISMISSED**. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the Plaintiff is **NOT** certified to pursue an appeal of this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the Plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit a new application to proceed *in forma pauperis* with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(1); McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

The Clerk is directed to send a copy of this order to the Sheriff of Davidson County to ensure that the custodian of Plaintiff's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing

fee.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

**ENTERED** this the 6th ~~day of October~~ day of November, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge